Pro Se 7 (Rev. 12/16) Complaint for Employment Discrimination

# UNITED STATES DISTRICT COURT

FILED

for the

NOV 2 0 2023

Northern District of Ohio ▾

CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF OHIO
CLEVELAND

___Cleveland_____ Division

Kara M Boudreax

)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)

Case No. **1:23 CV 02247**

*(to be filled in by the Clerk's Office)*

_____
**Plaintiff(s)**
*(Write the full name of each plaintiff who is filing this complaint.
If the names of all the plaintiffs cannot fit in the space above,
please write "see attached" in the space and attach an additional
page with the full list of names.)*

-v-

Altimate Home Health Care
Signature Care
Sam Eisen

_____
**Defendant(s)**
*(Write the full name of each defendant who is being sued. If the
names of all the defendants cannot fit in the space above, please
write "see attached" in the space and attach an additional page
with the full list of names.)*

Jury Trial: *(check one)* ☐ Yes ☐ No

## JUDGE BRENNAN

## MAG. JUDGE GREENBERG

## COMPLAINT FOR EMPLOYMENT DISCRIMINATION

### I. The Parties to This Complaint

#### A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if
needed.

| | |
|---|---|
| Name | Kara Boudreaux |
| Street Address | 12052 Parker Dr |
| City and County | Chesterland  Geauga County |
| State and Zip Code | Ohio 44026 |
| Telephone Number | 440.231.3570 |
| E-mail Address | karbear050@gmail.com |

#### B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an
individual, a government agency, an organization, or a corporation. For an individual defendant,
include the person's job or title *(if known)*. Attach additional pages if needed.

**Defendant No. 1**

| | |
|---|---|
| Name | Altimate Home Health Care c/o Signature Care |
| Job or Title *(if known)* | |
| Street Address | 7603 New Utrecht Ave |
| City and County | Brooklyn  Kings County |
| State and Zip Code | New York 11214 |
| Telephone Number | |
| E-mail Address *(if known)* | |

**Defendant No. 2**

| | |
|---|---|
| Name | Signature Care |
| Job or Title *(if known)* | |
| Street Address | 7603 New Utrecht Ave |
| City and County | Brooklyn  Kings County |
| State and Zip Code | New York 11214 |
| Telephone Number | |
| E-mail Address *(if known)* | |

**Defendant No. 3**

| | |
|---|---|
| Name | Sam Eisen |
| Job or Title *(if known)* | CEO/Owner of Altimate Care and Signature Care |
| Street Address | 3080 Voorhies Ave |
| City and County | Brooklyn  Kings County |
| State and Zip Code | New York 11235 |
| Telephone Number | |
| E-mail Address *(if known)* | |

**Defendant No. 4**

| | |
|---|---|
| Name | Sam Eisen |
| Job or Title *(if known)* | CEO/Owner of Altimate Care and Signature Care |
| Street Address | 4 Ganna Ln |
| City and County | Huntington Station  Suffolk |
| State and Zip Code | New York 11746 |
| Telephone Number | |
| E-mail Address *(if known)* | |

**C.**     **Place of Employment**

The address at which I sought employment or was employed by the defendant(s) is

| | |
|---|---|
| Name | Altimate Home Health Care |
| Street Address | 20515 Shaker Blvd |
| City and County | Shaker Hts  Cuyahoga County |
| State and Zip Code | Ohio 44122 |
| Telephone Number | (614) 794-9600 |

**II.**     **Basis for Jurisdiction**

This action is brought for discrimination in employment pursuant to *(check all that apply)*:

☑     Title VII of the Civil Rights Act of 1964, as codified, 42 U.S.C. §§ 2000e to 2000e-17 (race, color, gender, religion, national origin).

*(Note:  In order to bring suit in federal district court under Title VII, you must first obtain a Notice of Right to Sue letter from the Equal Employment Opportunity Commission.)*

☑     Age Discrimination in Employment Act of 1967, as codified, 29 U.S.C. §§ 621 to 634.

*(Note:  In order to bring suit in federal district court under the Age Discrimination in Employment Act, you must first file a charge with the Equal Employment Opportunity Commission.)*

☑     Americans with Disabilities Act of 1990, as codified, 42 U.S.C. §§ 12112 to 12117.

*(Note:  In order to bring suit in federal district court under the Americans with Disabilities Act, you must first obtain a Notice of Right to Sue letter from the Equal Employment Opportunity Commission.)*

☐     Other federal law *(specify the federal law)*:

☐     Relevant state law *(specify, if known)*:

☐     Relevant city or county law *(specify, if known)*:

III.     **Statement of Claim**

Write a short and plain statement of the claim.  Do not make legal arguments.  State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought.  State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct.  If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph.  Attach additional pages if needed.

A.     The discriminatory conduct of which I complain in this action includes *(check all that apply)*:

- ☐ Failure to hire me.
- ☑ Termination of my employment.
- ☑ Failure to promote me.
- ☐ Failure to accommodate my disability.
- ☑ Unequal terms and conditions of my employment.
- ☑ Retaliation.
- ☑ Other acts *(specify)*:     Harrassment, Discrimination related to my sex, ethnicity/origin, r⊕

*(Note:  Only those grounds raised in the charge filed with the Equal Employment Opportunity Commission can be considered by the federal district court under the federal employment discrimination statutes.)*

B.     It is my best recollection that the alleged discriminatory acts occurred on date(s)

2020

C.     I believe that defendant(s) *(check one)*:

- ☑ is/are still committing these acts against me.
- ☐ is/are not still committing these acts against me.

D.     Defendant(s) discriminated against me based on my *(check all that apply and explain)*:

- ☑ race _____
- ☐ color _____
- ☑ gender/sex _____
- ☑ religion _____
- ☑ national origin _____
- ☐ age *(year of birth)* _____ *(only when asserting a claim of age discrimination.)*
- ☐ disability or perceived disability *(specify disability)*

_____

E.     The facts of my case are as follows.  Attach additional pages if needed.

I was discriminated against due to my race, gender, religion and origin being a white female christian of German descent. I was harrassed re the above, and for having a biracial son. I was demoted, and not permitted to return to previous position. I was promised a salary that was not paid. I was being forced to sign a Confidentiality and Protectable Interest Agreement by the company and Sam Eisen, who threatened to withhold pay for failure to sign. I was in discussions about offered modifications and clarification of the proposed agreement when I was unjustly terminated for not yet signing the agrement. I had recently made a report to Human Resources about all of the above, and emailed Sam Eisen also directly. The environment prior to my termination during a global pandemic, was hostile and chilled. I ▣

*(Note: As additional support for the facts of your claim, you may attach to this complaint a copy of your charge filed with the Equal Employment Opportunity Commission, or the charge filed with the relevant state or city human rights division.)*

## IV.    Exhaustion of Federal Administrative Remedies

A.    It is my best recollection that I filed a charge with the Equal Employment Opportunity Commission or my Equal Employment Opportunity counselor regarding the defendant's alleged discriminatory conduct on *(date)*

December 2020. Charge officially filed after interview on April 2, 2021

B.    The Equal Employment Opportunity Commission *(check one)*:

☐    has not issued a Notice of Right to Sue letter.

☑    issued a Notice of Right to Sue letter, which I received on *(date)*    08/29/2023    .

*(Note: Attach a copy of the Notice of Right to Sue letter from the Equal Employment Opportunity Commission to this complaint.)*

C.    Only litigants alleging age discrimination must answer this question.

Since filing my charge of age discrimination with the Equal Employment Opportunity Commission regarding the defendant's alleged discriminatory conduct *(check one)*:

☐    60 days or more have elapsed.

☐    less than 60 days have elapsed.

## V.    Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

I am requesting an injunction for Altimate Care, Sam Eisen, Signature Care to remove of all audio and video recordings of me from all social media, company advertisements/marketing materials, website, etc. Removal of my name from the same, as well as any statements quoted by me.

I am also asking for a monetary settlement/severance payment in the amount of $287,000 to compensate for damages, past and future lost wages (including unemployment compnesation that Altimate Care denied), and to cover any associated legal fees( incuding fees I incurred in filing an administrative appeal when trying to get my unemployment claim approved).

## VI.   Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A.   For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served.  I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing:        11/10/2023

Signature of Plaintiff        _X Boudreaux_

Printed Name of Plaintiff    Kara M Boudreaux

### B.   For Attorneys

Date of signing:

Signature of Attorney
Printed Name of Attorney
Bar Number
Name of Law Firm
Street Address
State and Zip Code
Telephone Number
E-mail Address

Attachment : Continued Facts of Case

...to take legal action. I filed a charge with the EEOC shortly after the failure of reply from my employer to my demand letter. I was Issued a letter of Determination by the EEOC on July 28, 2023. The employer declined to partake in Conciliation. I was therefore issued a Right to Sue Letter by the EEOC dated August 28, 2023. I did send a letter of Intent to Sue to all three named defendants on September 29, 2023.