UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| KARA BOUDREAUX, | ) | CASE NO. 1:23-CV-02247 |
| | ) | |
| Plaintiff, | ) | JUDGE BRIDGET MEEHAN BRENNAN |
| | ) | |
| v. | ) | |
| | ) | |
| ALTIMATE HOME HEALTH CARE, *et al.*, | ) | **ORDER OF DISMISSAL** |
| | ) | |
| Defendants. | ) | |

The Court is in receipt of the parties' joint Stipulated of Notice of Dismissal with Prejudice. (Doc. 27). Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), this case is DISMISSED with prejudice, and the parties will each pay their own attorney fees, expenses, and court costs. The Court shall retain jurisdiction to enforce the parties' settlement agreement.

**IT IS SO ORDERED.**

Date:  May 27, 2025

_____
BRIDGET MEEHAN BRENNAN
UNITED STATES DISTRICT JUDGE